# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Leslie Villa,

    Petitioner

v.

William Hutchings, et al.,

    Respondents

Case No.: 2:21-cv-02030-JAD-VCF

**Order Granting Extension of Time**

ECF No. 9

Respondents move to extend the deadline to file their response to the petition for writ of habeas corpus. The court finds good cause for the extension of time but cautions counsel that standard workload demands are not generally good cause for an extension of time.

IT IS THEREFORE ORDERED that respondents' motion for extension of time **[ECF No. 9] is GRANTED** *nunc pro tunc* to February 15, 2022. **The deadline to respond to the petition for writ of habeas corpus is extended to April 1, 2022.**

                                                          _____
                                                        U.S. District Judge Jennifer A. Dorsey
                                                        Dated: March 22, 2022