UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE VILLA,<br><br>                                Petitioner,<br>    v.<br>WILLIAM HUTCHINGS, *et al.*,<br><br>                            Respondents. | Case No. 2:21-cv-02030-ART-VCF<br><br>ORDER |

Respondents move to extend time to file their response to the petitioner's first amended petition for writ of habeas corpus. ECF No. 29. The Court finds that respondents' request for additional time is made in good faith and not solely for the purpose of delay.

IT IS THEREFORE ORDERED that respondents' motion to extend time (ECF No. 29) is GRANTED. Respondents' response to the first amended petition (ECF No. 27) is due August 15, 2023. In all other respects, the schedule set forth in the Court's order of August 19, 2022, (ECF No. 23) remains in effect.

IT IS FURTHER ORDERED that petitioner's pending motions to extend time (ECF Nos. 24/25/26) are GRANTED *nunc pro tunc* as of their respective filing dates.

DATED THIS 3rd day of July, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1