UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE VILLA, | Case No. 2:21-cv-02030-ART-VCF |
| Petitioner, | ORDER |
| v. | |
| WILLIAM HUTCHINGS, *et al.*, | |
| Respondents. | |

Petitioner moves to extend time to file his response to the respondents' motion to dismiss. ECF No. 38. The Court finds that petitioner's request for additional time is made in good faith and not solely for the purpose of delay. In addition, opposing counsel has filed notice that she does not oppose the request. ECF No. 39. Thus, petitioner's motion will be granted. However, given the number and length of extensions previously granted, the Court will be reluctant to allow an additional extension in the absence of extraordinary circumstances.

IT IS THEREFORE ORDERED that petitioner's motion to extend time (ECF No. 38) is GRANTED. Petitioner's response to the respondents' motion to dismiss (ECF No. 31) is due May 31, 2024. In all other respects, the schedule set forth in the Court's order of August 19, 2022, (ECF No. 23) remains in effect.

IT IS FURTHER ORDERED that petitioner's prior motion for extension of time (ECF No. 37) is denied as moot.

DATED THIS 29th day of May 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1