UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE VILLA,<br><br>                        Petitioner,<br><br>  v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>                        Respondents. | Case No. 2:21-cv-02030-ART-VCF<br><br>ORDER |

      Respondents move to extend time to file their reply in support of their motion to dismiss (ECF No. 31). ECF No. 43. The court finds that respondents' request for additional time is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents to the court that opposing counsel does not oppose the request. Thus, respondents' motion will be granted.

      IT IS THEREFORE ORDERED that respondents' motion to extend time (ECF No. 43) is GRANTED. Respondents' reply in support of their motion to dismiss (ECF No. 31) is due August 15, 2024. In all other respects, the schedule set forth in the court's order of August 19, 2022, (ECF No. 23) remains in effect.

DATED THIS 8th day of July 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE