UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE VILLA,<br><br>                      Petitioner,<br>   v.<br><br>WILLIAM HUTCHINGS, *et al.*,<br><br>                     Respondents. | Case No. 2:21-cv-02030-ART-MDC<br><br>ORDER |

Respondents move to extend time to file their answer to the remaining claims in petitioner Villa's first amended habeas petition (ECF No. 27). ECF No. 49. The court finds that respondents' request for additional time is made in good faith and not solely for the purpose of delay. In addition, respondents' counsel represents to the court that opposing counsel does not oppose the request. The court is concerned, however, about the length of time this case has been pending on its docket. Thus, respondents' motion will be granted, but the court will not grant additional extensions in the absence of extraordinary circumstances.

IT IS THEREFORE ORDERED that respondents' motion to extend time (ECF No. 49) is GRANTED. Respondents' answer to the remaining claims in petitioner Villa's first amended habeas petition (ECF No. 27) is due January 21, 2025. In all other respects, the schedule set forth in the court's order of August 19, 2022, (ECF No. 23) remains in effect.

Dated this 23rd day of December, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1